# <u>Exhibit A</u>

| Date | Insider | Amount |
|---:|---|---:|
| 9/8/2021 | 4 Court Holdings, LLC | $ 19,376.37 |
| 3/11/2022 | 4 Court Holdings, LLC | $ 7,916.50 |
| 4/6/2022 | 4 Court Holdings, LLC | $ 82,335.18 |
| 4/15/2022 | 4 Court Holdings, LLC | $ 94,940.81 |
| 4/15/2022 | 4 Court Holdings, LLC | $ 9,032.88 |
| 5/6/2022 | 4 Court Holdings, LLC | $ 48,436.99 |
| 5/6/2022 | 4 Court Holdings, LLC | $ 13,412.69 |
| 6/1/2022 | 4 Court Holdings, LLC | $ 112,373.89 |
| 9/15/2022 | 4 Court Holdings, LLC | $ 173,506.20 |
| 10/4/2022 | 4 Court Holdings, LLC | $ 58,166.66 |
| 10/14/2022 | 4 Court Holdings, LLC | $ 173,506.20 |
| 10/14/2022 | 4 Court Holdings, LLC | $ 89,144.34 |
| 10/14/2022 | 4 Court Holdings, LLC | $ 80,772.12 |
| 10/31/2022 | 4 Court Holdings, LLC | $ 21,125.16 |
| 11/1/2022 | 4 Court Holdings, LLC | $ 32,166.66 |
| 11/15/2022 | 4 Court Holdings, LLC | $ 190,574.47 |
| 12/1/2022 | 4 Court Holdings, LLC | $ 32,166.66 |
| 12/15/2022 | 4 Court Holdings, LLC | $ 208,146.39 |
| 1/3/2023 | 4 Court Holdings, LLC | $ 32,166.66 |
| 2/1/2023 | 4 Court Holdings, LLC | $ 162,166.66 |
| 3/6/2023 | 4 Court Holdings, LLC | $ 8,333.32 |
| | TOTAL: | $ 1,649,766.81 |

| Date | Insider | Amount |
|---:|---|---:|
| 3/16/2022 | 4 Court Imaging | $ 274,683.58 |
| 4/8/2022 | 4 Court Imaging | $ 180,458.78 |
| 4/8/2022 | 4 Court Imaging | $ 26,140.00 |
| 4/14/2022 | 4 Court Imaging | $ 196,326.20 |
| 6/3/2022 | 4 Court Imaging | $ 11,228.55 |
| 6/10/2022 | 4 Court Imaging | $ 104,882.80 |
| 6/16/2022 | 4 Court Imaging | $ 2,760.00 |
| 9/22/2022 | 4 Court Imaging | $ 2,760.00 |
| 1/27/2023 | 4 Court Imaging | $ 43,995.50 |
| | **TOTAL:** | **$ 843,235.41** |

| Date | Insider | Amount |
|---|---|---|
| 4/22/2021 | 4 Court Solutions | $ 22,805.00 |
| 7/26/2021 | 4 Court Solutions | $ 5,600.00 |
| 8/30/2021 | 4 Court Solutions | $ 120,340.32 |
| 9/10/2021 | 4 Court Solutions | $ 5,600.00 |
| 10/21/2021 | 4 Court Solutions | $ 2,075.00 |
| 12/6/2021 | 4 Court Solutions | $ 291,791.05 |
| 2/7/2022 | 4 Court Solutions | $ 7,420.00 |
| 2/10/2022 | 4 Court Solutions | $ 102,317.72 |
| 3/16/2022 | 4 Court Solutions | $ 110,587.13 |
| 4/8/2022 | 4 Court Solutions | $ 27,814.00 |
| 4/8/2022 | 4 Court Solutions | $ 1,674.00 |
| 4/8/2022 | 4 Court Solutions | $ (27,814.00) |
| 4/14/2022 | 4 Court Solutions | $ 10,620.00 |
| 6/3/2022 | 4 Court Solutions | $ 4,650.00 |
| 6/8/2022 | 4 Court Solutions | $ 32,390.48 |
| 6/10/2022 | 4 Court Solutions | $ 75,613.12 |
| 6/10/2022 | 4 Court Solutions | $ 1,000.00 |
| 6/15/2022 | 4 Court Solutions | $ 169,959.42 |
| 6/16/2022 | 4 Court Solutions | $ 61,559.00 |
| 7/7/2022 | 4 Court Solutions | $ 119,239.03 |
| 7/15/2022 | 4 Court Solutions | $ 135,224.78 |
| 7/26/2022 | 4 Court Solutions | $ 57,856.16 |
| 8/4/2022 | 4 Court Solutions | $ 46,783.10 |
| 8/12/2022 | 4 Court Solutions | $ 160,526.25 |
| 8/17/2022 | 4 Court Solutions | $ (57,856.16) |
| 8/19/2022 | 4 Court Solutions | $ 44,560.98 |
| 9/16/2022 | 4 Court Solutions | $ 13,515.00 |
| 9/20/2022 | 4 Court Solutions | $ 192,109.48 |
| 10/19/2022 | 4 Court Solutions | $ 6,581.87 |
| 11/14/2022 | 4 Court Solutions | $ 54,924.95 |
| 11/28/2022 | 4 Court Solutions | $ 46,651.57 |
| 12/9/2022 | 4 Court Solutions | $ 15,965.63 |
| 12/14/2022 | 4 Court Solutions | $ 1,990.26 |
| 2/7/2023 | 4 Court Solutions | $ 540.00 |
| 7/29/2022 | 4 Court Solutions | $ 57,856.16 |
| 10/26/2022 | 4 Court Solutions | $ 3,510.81 |
| | TOTAL: | $ 1,925,982.11 |

| Date | Insider | Amount |
|---|---|---|
| 2/24/2023 | Adelphi Environmental Service, LLC | 71,251.27 |
| 3/7/2023 | Adelphi Environmental Service, LLC | 50,077.18 |
| 3/16/2023 | Adelphi Environmental Service, LLC | 47,150.22 |
| | **TOTAL:** | **168,478.67** |

| Date | Insider | Amount |
|---:|---|---:|
| 7/5/2022 | Adelphi Transport, LLC | $ 9,216.85 |
| 7/22/2022 | Adelphi Transport, LLC | $ 8,970.74 |
| 7/29/2022 | Adelphi Transport, LLC | $ 7,053.85 |
| 8/5/2022 | Adelphi Transport, LLC | $ 8,410.54 |
| 8/12/2022 | Adelphi Transport, LLC | $ 9,649.06 |
| 9/9/2022 | Adelphi Transport, LLC | $ 9,650.75 |
| 9/16/2022 | Adelphi Transport, LLC | $ 9,744.41 |
| 10/5/2022 | Adelphi Transport, LLC | $ 10,484.99 |
| 10/7/2022 | Adelphi Transport, LLC | $ 10,235.31 |
| 10/19/2022 | Adelphi Transport, LLC | $ 2,832.74 |
| 10/28/2022 | Adelphi Transport, LLC | $ 21,603.43 |
| 11/4/2022 | Adelphi Transport, LLC | $ 16,112.29 |
| 11/21/2022 | Adelphi Transport, LLC | $ 20,361.53 |
| 11/30/2022 | Adelphi Transport, LLC | $ 25,354.15 |
| 12/13/2022 | Adelphi Transport, LLC | $ 57,668.09 |
| 12/20/2022 | Adelphi Transport, LLC | $ 26,133.70 |
| 1/3/2023 | Adelphi Transport, LLC | $ 43,901.25 |
| 1/13/2023 | Adelphi Transport, LLC | $ 103,846.43 |
| 2/8/2023 | Adelphi Transport, LLC | $ 69,180.60 |
| 2/24/2023 | Adelphi Transport, LLC | $ 229,871.10 |
| | **TOTAL:** | **$ 700,281.81** |

| Date | Insider | Amount |
|---|---|---|
| 9/6/2022 | Golden Gallons, LLC | $ 111,155.51 |
| 9/16/2022 | Golden Gallons, LLC | $ 21,401.90 |
| 9/23/2022 | Golden Gallons, LLC | $ 775.26 |
| 10/7/2022 | Golden Gallons, LLC | $ 11,828.22 |
| 10/19/2022 | Golden Gallons, LLC | $ 58,175.47 |
| 10/21/2022 | Golden Gallons, LLC | $ 47,765.66 |
| 10/28/2022 | Golden Gallons, LLC | $ 63,315.82 |
| 11/4/2022 | Golden Gallons, LLC | $ 59,216.17 |
| 11/15/2022 | Golden Gallons, LLC | $ 37,507.62 |
| 11/21/2022 | Golden Gallons, LLC | $ 41,194.97 |
| 12/13/2022 | Golden Gallons, LLC | $ 42,123.58 |
| 12/20/2022 | Golden Gallons, LLC | $ 25,180.08 |
| 1/3/2023 | Golden Gallons, LLC | $ 31,082.67 |
| 1/18/2023 | Golden Gallons, LLC | $ 47,274.91 |
| 2/8/2023 | Golden Gallons, LLC | $ 20,466.94 |
| 11/4/2022 | Golden Gallons, LLC | $ 34,118.99 |
| 11/4/2022 | Golden Gallons, LLC | $ (34,118.99) |
| 11/15/2022 | Golden Gallons, LLC | $ 34,118.99 |
| | **TOTAL:** | **$ 652,583.77** |

| Date | Insider | Amount |
|---|---|---|
| 2/1/2023 | LTE Assets, LLC | $ 75,000.00 |
| 3/3/2023 | LTE Assets, LLC | $ 150,000.00 |
| | TOTAL: | $ 225,000.00 |

| Date | Insider | Amount |
|---|---|---|
| 3/3/2023 | LTE Capital, LLC | $ 35,000.00 |
| | **TOTAL:** | **$ 35,000.00** |

Case 1:25-cv-01404-MLB     Document 1-1     Filed 03/17/25     Page 9 of 15

| Date | Insider | Amount |
|---|---|---|
| 6/28/2022 | Red Mountain Fuels Transport LLC | $ 49,302.83 |
| 7/22/2022 | Red Mountain Fuels Transport LLC | $ 271,776.92 |
| 7/29/2022 | Red Mountain Fuels Transport LLC | $ 21,024.20 |
| 8/5/2022 | Red Mountain Fuels Transport LLC | $ 20,930.41 |
| 8/12/2022 | Red Mountain Fuels Transport LLC | $ 17,601.12 |
| 8/26/2022 | Red Mountain Fuels Transport LLC | $ 23,527.44 |
| 9/16/2022 | Red Mountain Fuels Transport LLC | $ 22,895.77 |
| 10/5/2022 | Red Mountain Fuels Transport LLC | $ 25,964.09 |
| 10/19/2022 | Red Mountain Fuels Transport LLC | $ 4,216.61 |
| 10/20/2022 | Red Mountain Fuels Transport LLC | $ 29,105.06 |
| 10/28/2022 | Red Mountain Fuels Transport LLC | $ 29,734.54 |
| 11/4/2022 | Red Mountain Fuels Transport LLC | $ 17,113.11 |
| 11/15/2022 | Red Mountain Fuels Transport LLC | $ 16,907.82 |
| 11/21/2022 | Red Mountain Fuels Transport LLC | $ 15,907.08 |
| 12/13/2022 | Red Mountain Fuels Transport LLC | $ 30,453.91 |
| 1/3/2023 | Red Mountain Fuels Transport LLC | $ 29,641.15 |
| 1/18/2023 | Red Mountain Fuels Transport LLC | $ 19,769.84 |
| 2/8/2023 | Red Mountain Fuels Transport LLC | $ 12,941.15 |
| | TOTAL: | $ 658,813.05 |

| Date | Insider | Amount |
|---|---|---|
| 2/11/2021 | Time and Water, LLC | $ 15,331.89 |
| 4/30/2021 | Time and Water, LLC | $ 15,000.00 |
| 7/1/2021 | Time and Water, LLC | $ 36,000.00 |
| 8/2/2021 | Time and Water, LLC | $ 21,000.00 |
| 9/1/2021 | Time and Water, LLC | $ 15,000.00 |
| 9/10/2021 | Time and Water, LLC | $ 4,898.08 |
| 10/1/2021 | Time and Water, LLC | $ 45,615.04 |
| 11/1/2021 | Time and Water, LLC | $ 55,355.04 |
| 11/1/2021 | Time and Water, LLC | $ (55,355.04) |
| 11/2/2021 | Time and Water, LLC | $ 43,355.04 |
| 12/1/2021 | Time and Water, LLC | $ 43,355.04 |
| 1/3/2022 | Time and Water, LLC | $ 52,855.04 |
| 2/1/2022 | Time and Water, LLC | $ 52,855.04 |
| 3/1/2022 | Time and Water, LLC | $ 52,855.04 |
| 4/1/2022 | Time and Water, LLC | $ 52,855.04 |
| 5/2/2022 | Time and Water, LLC | $ 3,000.00 |
| 6/1/2022 | Time and Water, LLC | $ 3,000.00 |
| 7/5/2022 | Time and Water, LLC | $ 3,000.00 |
| 8/3/2022 | Time and Water, LLC | $ 20,223.06 |
| 9/2/2022 | Time and Water, LLC | $ 15,395.33 |
| 10/4/2022 | Time and Water, LLC | $ 15,395.33 |
| 11/1/2022 | Time and Water, LLC | $ 15,395.33 |
| 12/1/2022 | Time and Water, LLC | $ 9,388.83 |
| 12/30/2022 | Time and Water, LLC | $ 180,000.00 |
| 1/3/2023 | Time and Water, LLC | $ 29,388.83 |
| 2/1/2023 | Time and Water, LLC | $ 29,388.83 |
| 3/6/2023 | Time and Water, LLC | $ 23,000.00 |
| | TOTAL: | $ 797,550.79 |

| Date | Insider | Amount |
|---|---|---|
| 3/20/2019 | Winston Property Ventures LLC | $ 7,782.82 |
| 4/1/2019 | Winston Property Ventures LLC | $ 7,782.82 |
| 4/1/2019 | Winston Property Ventures LLC | $ (7,782.82) |
| 4/4/2019 | Winston Property Ventures LLC | $ 3,126.00 |
| 5/6/2019 | Winston Property Ventures LLC | $ 3,126.00 |
| 6/6/2019 | Winston Property Ventures LLC | $ 3,126.00 |
| 6/21/2019 | Winston Property Ventures LLC | $ 4,167.82 |
| 7/5/2019 | Winston Property Ventures LLC | $ 3,126.00 |
| 8/6/2019 | Winston Property Ventures LLC | $ 3,126.00 |
| 9/6/2019 | Winston Property Ventures LLC | $ 3,126.00 |
| 9/6/2019 | Winston Property Ventures LLC | $ 10,500.00 |
| 9/6/2019 | Winston Property Ventures LLC | $ (10,500.00) |
| 10/7/2019 | Winston Property Ventures LLC | $ 3,126.00 |
| 11/6/2019 | Winston Property Ventures LLC | $ 3,126.00 |
| 12/3/2019 | Winston Property Ventures LLC | $ 3,126.00 |
| 1/7/2020 | Winston Property Ventures LLC | $ 3,126.00 |
| 2/6/2020 | Winston Property Ventures LLC | $ 3,126.00 |
| 2/7/2020 | Winston Property Ventures LLC | $ 14,064.06 |
| 3/5/2020 | Winston Property Ventures LLC | $ 3,126.00 |
| 4/9/2020 | Winston Property Ventures LLC | $ 3,126.00 |
| 5/8/2020 | Winston Property Ventures LLC | $ 3,126.00 |
| 5/22/2020 | Winston Property Ventures LLC | $ 4,504.12 |
| 6/8/2020 | Winston Property Ventures LLC | $ 3,126.00 |
| 7/9/2020 | Winston Property Ventures LLC | $ 3,126.00 |
| 8/6/2020 | Winston Property Ventures LLC | $ 3,494.24 |
| 8/6/2020 | Winston Property Ventures LLC | $ 3,126.00 |
| 9/4/2020 | Winston Property Ventures LLC | $ 3,126.00 |
| 10/1/2020 | Winston Property Ventures LLC | $ 3,126.00 |
| 11/5/2020 | Winston Property Ventures LLC | $ 3,126.00 |
| 11/5/2020 | Winston Property Ventures LLC | $ 4,870.68 |
| 12/4/2020 | Winston Property Ventures LLC | $ 3,126.00 |
| 1/8/2021 | Winston Property Ventures LLC | $ 3,126.00 |
| 2/5/2021 | Winston Property Ventures LLC | $ 3,126.00 |
| 3/5/2021 | Winston Property Ventures LLC | $ 3,126.00 |
| 4/8/2021 | Winston Property Ventures LLC | $ 3,126.00 |
| 5/6/2021 | Winston Property Ventures LLC | $ 3,126.00 |
| 6/3/2021 | Winston Property Ventures LLC | $ 3,126.00 |
| 7/8/2021 | Winston Property Ventures LLC | $ 3,126.00 |
| 8/5/2021 | Winston Property Ventures LLC | $ 3,126.00 |
| 9/9/2021 | Winston Property Ventures LLC | $ 3,126.00 |
| 10/7/2021 | Winston Property Ventures LLC | $ 3,126.00 |
| 11/4/2021 | Winston Property Ventures LLC | $ 3,126.00 |
| 12/7/2021 | Winston Property Ventures LLC | $ 3,126.00 |
| 1/7/2022 | Winston Property Ventures LLC | $ 3,126.00 |
| 2/7/2022 | Winston Property Ventures LLC | $ 3,126.00 |
| 3/7/2022 | Winston Property Ventures LLC | $ 3,126.00 |

| Date | Insider | Amount |
|---|---|---|
| 4/8/2022 | Winston Property Ventures LLC | $ 3,126.00 |
| 5/6/2022 | Winston Property Ventures LLC | $ 3,126.00 |
| 6/3/2022 | Winston Property Ventures LLC | $ 3,126.00 |
| 7/8/2022 | Winston Property Ventures LLC | $ 3,126.00 |
| 8/4/2022 | Winston Property Ventures LLC | $ 3,126.00 |
| 9/8/2022 | Winston Property Ventures LLC | $ 3,126.00 |
| 10/6/2022 | Winston Property Ventures LLC | $ 3,126.00 |
| 11/9/2022 | Winston Property Ventures LLC | $ 3,126.00 |
| 12/14/2022 | Winston Property Ventures LLC | $ 3,126.00 |
| 1/9/2023 | Winston Property Ventures LLC | $ 3,126.00 |
| 2/3/2023 | Winston Property Ventures LLC | $ 3,126.00 |
| 3/8/2023 | Winston Property Ventures LLC | $ 3,126.00 |
| | TOTAL: | $ 188,931.74 |

| Date | Insider | Amount |
|---|---|---|
| 4/15/2019 | Lamar Frady | $ 7,101.00 |
| 2/11/2020 | Lamar Frady | $ 10,243.00 |
| 9/18/2020 | Lamar Frady | $ 800,000.00 |
| | TOTAL: | $ 817,344.00 |

| Date | Insider | Amount |
|---|---|---|
| 4/15/2019 | Turjo Wadud | $ 7,101.00 |
| 4/15/2019 | Turjo Wadud | $ (7,101.00) |
| 1/17/2020 | Turjo Wadud | $ 10,243.00 |
| 2/12/2020 | Turjo Wadud | $ 7,101.00 |
| 4/1/2020 | Turjo Wadud | $ 2,136.66 |
| 4/23/2020 | Turjo Wadud | $ 1,886.07 |
| 6/8/2020 | Turjo Wadud | $ 1,034.07 |
| 6/11/2020 | Turjo Wadud | $ 946.07 |
| 9/18/2020 | Turjo Wadud | $ 800,000.00 |
| 9/28/2020 | Turjo Wadud | $ 2,756.80 |
| 12/8/2020 | Turjo Wadud | $ 38,020.13 |
| | TOTAL: | $ 864,123.80 |