# **<u>Exhibit B</u>**

| Insider's Name | Date | Transfer Amount |
|---|---|---|
| 4 Court Holdings, LLC | 4/6/2022 | $82,335.18 |
| 4 Court Holdings, LLC | 4/15/2022 | $9,032.88 |
| 4 Court Holdings, LLC | 4/15/2022 | $94,940.81 |
| 4 Court Holdings, LLC | 5/6/2022 | $13,412.69 |
| 4 Court Holdings, LLC | 5/6/2022 | $48,436.99 |
| 4 Court Holdings, LLC | 6/1/2022 | $112,373.89 |
| 4 Court Holdings, LLC | 9/15/2022 | $173,506.20 |
| 4 Court Holdings, LLC | 10/4/2022 | $58,166.66 |
| 4 Court Holdings, LLC | 10/14/2022 | $80,772.12 |
| 4 Court Holdings, LLC | 10/14/2022 | $89,144.34 |
| 4 Court Holdings, LLC | 10/14/2022 | $173,506.20 |
| 4 Court Holdings, LLC | 10/31/2022 | $21,125.16 |
| 4 Court Holdings, LLC | 11/1/2022 | $32,166.66 |
| 4 Court Holdings, LLC | 11/15/2022 | $190,574.47 |
| 4 Court Holdings, LLC | 12/1/2022 | $32,166.66 |
| 4 Court Holdings, LLC | 12/15/2022 | $208,146.39 |
| 4 Court Holdings, LLC | 1/3/2023 | $32,166.66 |
| 4 Court Holdings, LLC | 2/1/2023 | $162,166.66 |
| 4 Court Holdings, LLC | 3/6/2023 | $8,333.32 |
|  | **TOTAL:** | **$1,622,473.94** |

| Insider's Name | Date | Transfer Amount |
|---|---|---|
| 4 Court Imaging, LLC | 4/8/2022 | $26,140.00 |
| 4 Court Imaging, LLC | 4/8/2022 | $180,458.78 |
| 4 Court Imaging, LLC | 4/14/2022 | $196,326.20 |
| 4 Court Imaging, LLC | 6/3/2022 | $11,228.55 |
| 4 Court Imaging, LLC | 6/10/2022 | $104,882.80 |
| 4 Court Imaging, LLC | 6/16/2022 | $2,760.00 |
| 4 Court Imaging, LLC | 9/22/2022 | $2,760.00 |
| 4 Court Imaging, LLC | 1/27/2023 | $43,995.50 |
|  | **TOTAL:** | **$568,551.83** |

| Insider's Name | Date | Transfer Amount |
|---|---|---|
| 4 Court Solutions, LLC | 4/8/2022 | $1,674.00 |
| 4 Court Solutions, LLC | 4/14/2022 | $10,620.00 |
| 4 Court Solutions, LLC | 6/3/2022 | $4,650.00 |
| 4 Court Solutions, LLC | 6/8/2022 | $32,390.48 |
| 4 Court Solutions, LLC | 6/10/2022 | $1,000.00 |
| 4 Court Solutions, LLC | 6/10/2022 | $75,613.12 |
| 4 Court Solutions, LLC | 6/15/2022 | $169,959.42 |
| 4 Court Solutions, LLC | 6/16/2022 | $61,559.00 |
| 4 Court Solutions, LLC | 7/7/2022 | $119,239.03 |
| 4 Court Solutions, LLC | 7/15/2022 | $135,224.78 |
| 4 Court Solutions, LLC | 7/29/2022 | $57,856.16 |
| 4 Court Solutions, LLC | 8/4/2022 | $46,783.10 |
| 4 Court Solutions, LLC | 8/12/2022 | $160,526.25 |
| 4 Court Solutions, LLC | 8/19/2022 | $44,560.98 |
| 4 Court Solutions, LLC | 9/16/2022 | $13,515.00 |
| 4 Court Solutions, LLC | 9/20/2022 | $192,109.48 |
| 4 Court Solutions, LLC | 10/19/2022 | $6,581.87 |
| 4 Court Solutions, LLC | 10/26/2022 | $3,510.81 |
| 4 Court Solutions, LLC | 11/14/2022 | $54,924.95 |
| 4 Court Solutions, LLC | 11/28/2022 | $46,651.57 |
| 4 Court Solutions, LLC | 12/9/2022 | $15,965.63 |
| 4 Court Solutions, LLC | 12/14/2022 | $1,990.26 |
| 4 Court Solutions, LLC | 2/7/2023 | $540.00 |
| | **TOTAL:** | **$1,257,445.89** |

| Insider's Name | Date | Transfer Amount |
|---|---|---|
| Adelphi Environmental Service, LLC | 3/18/22 - 4/17/22 | $71,201.86 |
| Adelphi Environmental Service, LLC | 4/18/22 - 5/17/22 | $42,130.08 |
| Adelphi Environmental Service, LLC | 5/18/22 - 6/17/22 | $115,844.69 |
| Adelphi Environmental Service, LLC | 6/18/22 - 7/17/22 | $63,334.14 |
| Adelphi Environmental Service, LLC | 6/18/22 - 7/17/22 | $77.50 |
| Adelphi Environmental Service, LLC | 7/18/22 - 8/17/22 | $49,919.92 |
| Adelphi Environmental Service, LLC | 7/18/22 - 8/17/22 | $80.00 |
| Adelphi Environmental Service, LLC | 8/18/22 - 9/17/22 | $20,057.33 |
| Adelphi Environmental Service, LLC | 8/18/22 - 9/17/22 | $4,949.51 |
| Adelphi Environmental Service, LLC | 9/18/22 - 10/17/22 | $30,534.30 |
| Adelphi Environmental Service, LLC | 9/18/22 - 10/17/22 | $20,677.62 |
| Adelphi Environmental Service, LLC | 10/18/22 - 11/17/22 | $23,220.98 |
| Adelphi Environmental Service, LLC | 10/18/22 - 11/17/22 | $21,394.88 |
| Adelphi Environmental Service, LLC | 11/18/22 - 12/17/22 | $32,440.34 |
| Adelphi Environmental Service, LLC | 11/18/22 - 12/17/22 | $28,094.86 |
| Adelphi Environmental Service, LLC | 12/18/22 - 1/17/23 | $28,166.40 |
| Adelphi Environmental Service, LLC | 12/18/22 - 1/17/23 | $4,487.33 |
| Adelphi Environmental Service, LLC | 1/18/23 - 2/17/23 | $18.75 |
| Adelphi Environmental Service, LLC | 2/18/23 - 3/17/23 | $10,534.51 |
| Adelphi Environmental Service, LLC | 2/24/2023 | $71,251.27 |
| Adelphi Environmental Service, LLC | 3/7/2023 | $50,077.18 |
| Adelphi Environmental Service, LLC | 3/16/2023 | $47,150.22 |
| | **TOTAL:** | **$735,643.67** |

| Insider's Name | Date | Transfer Amount |
|---|---|---|
| Adelphi Transport, LLC | 3/18/22 - 4/17/22 | $4,915.98 |
| Adelphi Transport, LLC | 4/18/22 - 5/17/22 | $9,254.73 |
| Adelphi Transport, LLC | 5/18/22 - 6/17/22 | $4,881.80 |
| Adelphi Transport, LLC | 6/18/22 - 7/17/22 | $1,704.31 |
| Adelphi Transport, LLC | 7/18/22 - 8/17/22 | $731.25 |
| Adelphi Transport, LLC | 7/18/22 - 8/17/22 | $4,362.74 |
| Adelphi Transport, LLC | 8/18/22 - 9/17/22 | $15,847.23 |
| Adelphi Transport, LLC | 8/18/22 - 9/17/22 | $5,308.31 |
| Adelphi Transport, LLC | 9/18/22 - 10/17/22 | $18,804.27 |
| Adelphi Transport, LLC | 9/18/22 - 10/17/22 | $1,778.78 |
| Adelphi Transport, LLC | 10/18/22 - 11/17/22 | $30,816.60 |
| Adelphi Transport, LLC | 10/18/22 - 11/17/22 | $1,797.13 |
| Adelphi Transport, LLC | 11/18/22 - 12/17/22 | $38,881.42 |
| Adelphi Transport, LLC | 11/18/22 - 12/17/22 | $4,840.48 |
| Adelphi Transport, LLC | 12/18/22 - 1/17/23 | $44,233.79 |
| Adelphi Transport, LLC | 12/18/22 - 1/17/23 | $10,633.46 |
| Adelphi Transport, LLC | 1/18/23 - 2/17/23 | $59,596.33 |
| Adelphi Transport, LLC | 1/18/23 - 2/17/23 | $8,020.92 |
| Adelphi Transport, LLC | 2/18/23 - 3/17/23 | $38,997.12 |
| Adelphi Transport, LLC | 2/18/23 - 3/17/23 | $5,667.46 |
| Adelphi Transport, LLC | 7/5/2022 | $9,216.85 |
| Adelphi Transport, LLC | 7/22/2022 | $8,970.74 |
| Adelphi Transport, LLC | 7/29/2022 | $7,053.85 |
| Adelphi Transport, LLC | 8/5/2022 | $8,410.54 |
| Adelphi Transport, LLC | 8/12/2022 | $9,649.06 |
| Adelphi Transport, LLC | 9/9/2022 | $9,650.75 |
| Adelphi Transport, LLC | 9/16/2022 | $9,744.41 |
| Adelphi Transport, LLC | 10/5/2022 | $10,484.99 |
| Adelphi Transport, LLC | 10/7/2022 | $10,235.31 |
| Adelphi Transport, LLC | 10/19/2022 | $2,832.74 |
| Adelphi Transport, LLC | 10/28/2022 | $21,603.43 |
| Adelphi Transport, LLC | 11/4/2022 | $16,112.29 |
| Adelphi Transport, LLC | 11/21/2022 | $20,361.53 |
| Adelphi Transport, LLC | 11/30/2022 | $25,354.15 |
| Adelphi Transport, LLC | 12/13/2022 | $57,668.09 |
| Adelphi Transport, LLC | 12/20/2022 | $26,133.70 |
| Adelphi Transport, LLC | 1/3/2023 | $43,901.25 |
| Adelphi Transport, LLC | 1/13/2023 | $103,846.43 |

| Insider's Name | Date | Transfer Amount |
|---|---|---|
| Adelphi Transport, LLC | 2/8/2023 | $69,180.60 |
| Adelphi Transport, LLC | 2/24/2023 | $229,871.10 |
| | **TOTAL:** | **$1,011,355.92** |

| Insider's Name | Date | Transfer Amount |
|---|---|---|
| Golden Gallons, LLC | 9/6/2022 | $111,155.51 |
| Golden Gallons, LLC | 9/16/2022 | $21,401.90 |
| Golden Gallons, LLC | 9/23/2022 | $775.26 |
| Golden Gallons, LLC | 10/7/2022 | $11,828.22 |
| Golden Gallons, LLC | 10/19/2022 | $58,175.47 |
| Golden Gallons, LLC | 10/21/2022 | $47,765.66 |
| Golden Gallons, LLC | 10/28/2022 | $63,315.82 |
| Golden Gallons, LLC | 11/4/2022 | $59,216.17 |
| Golden Gallons, LLC | 11/15/2022 | $34,118.99 |
| Golden Gallons, LLC | 11/15/2022 | $37,507.62 |
| Golden Gallons, LLC | 11/21/2022 | $41,194.97 |
| Golden Gallons, LLC | 12/13/2022 | $42,123.58 |
| Golden Gallons, LLC | 12/20/2022 | $25,180.08 |
| Golden Gallons, LLC | 1/3/2023 | $31,082.67 |
| Golden Gallons, LLC | 1/18/2023 | $47,274.91 |
| Golden Gallons, LLC | 2/8/2023 | $20,466.94 |
| | **TOTAL:** | **$652,583.77** |

| Insider's Name | Date | Transfer Amount |
|---|---|---|
| LTE Assets, LLC | 2/1/2023 | $75,000.00 |
| LTE Assets, LLC | 3/3/2023 | $150,000.00 |
| | **TOTAL:** | **$225,000.00** |

| Insider's Name | Date | Transfer Amount |
|---|---|---|
| LTE Capital, LLC | 3/3/2023 | $35,000.00 |
| | **TOTAL:** | **$35,000.00** |

ACTIVE\708722810.v2

| Insider's Name | Date | Transfer Amount |
|---|---|---|
| Red Mountain Fuels | 6/28/2022 | $49,302.83 |
| Red Mountain Fuels | 7/22/2022 | $271,776.92 |
| Red Mountain Fuels | 7/29/2022 | $21,024.20 |
| Red Mountain Fuels | 8/5/2022 | $20,930.41 |
| Red Mountain Fuels | 8/12/2022 | $17,601.12 |
| Red Mountain Fuels | 8/26/2022 | $23,527.44 |
| Red Mountain Fuels | 9/16/2022 | $22,895.77 |
| Red Mountain Fuels | 10/5/2022 | $25,964.09 |
| Red Mountain Fuels | 10/19/2022 | $4,216.61 |
| Red Mountain Fuels | 10/20/2022 | $29,105.06 |
| Red Mountain Fuels | 10/28/2022 | $29,734.54 |
| Red Mountain Fuels | 11/4/2022 | $17,113.11 |
| Red Mountain Fuels | 11/15/2022 | $16,907.82 |
| Red Mountain Fuels | 11/21/2022 | $15,907.08 |
| Red Mountain Fuels | 12/13/2022 | $30,453.91 |
| Red Mountain Fuels | 1/3/2023 | $29,641.15 |
| Red Mountain Fuels | 1/18/2023 | $19,769.84 |
| Red Mountain Fuels | 2/8/2023 | $12,941.15 |
| | **TOTAL:** | **$658,813.05** |

| Insider's Name | Date | Transfer Amount |
|---|---|---|
| Time and Water, LLC | 4/1/2022 | $52,855.04 |
| Time and Water, LLC | 5/2/2022 | $3,000.00 |
| Time and Water, LLC | 6/1/2022 | $3,000.00 |
| Time and Water, LLC | 7/5/2022 | $3,000.00 |
| Time and Water, LLC | 8/3/2022 | $20,223.06 |
| Time and Water, LLC | 9/2/2022 | $15,395.33 |
| Time and Water, LLC | 10/4/2022 | $15,395.33 |
| Time and Water, LLC | 11/1/2022 | $15,395.33 |
| Time and Water, LLC | 12/1/2022 | $9,388.83 |
| Time and Water, LLC | 12/30/2022 | $180,000.00 |
| Time and Water, LLC | 1/3/2023 | $29,388.83 |
| Time and Water, LLC | 2/1/2023 | $29,388.83 |
| Time and Water, LLC | 3/6/2023 | $23,000.00 |
| | **TOTAL:** | **$399,430.58** |

| Insider's Name | Date | Transfer Amount |
|---|---|---|
| Winston Property Ventures LLC | 4/8/2022 | $3,126.00 |
| Winston Property Ventures LLC | 5/6/2022 | $3,126.00 |
| Winston Property Ventures LLC | 6/3/2022 | $3,126.00 |
| Winston Property Ventures LLC | 7/8/2022 | $3,126.00 |
| Winston Property Ventures LLC | 8/4/2022 | $3,126.00 |
| Winston Property Ventures LLC | 9/8/2022 | $3,126.00 |
| Winston Property Ventures LLC | 10/6/2022 | $3,126.00 |
| Winston Property Ventures LLC | 11/9/2022 | $3,126.00 |
| Winston Property Ventures LLC | 12/14/2022 | $3,126.00 |
| Winston Property Ventures LLC | 1/9/2023 | $3,126.00 |
| Winston Property Ventures LLC | 2/3/2023 | $3,126.00 |
| Winston Property Ventures LLC | 3/8/2023 | $3,126.00 |
|  | **TOTAL:** | **$37,512.00** |

| Insider's Name | Date | Transfer Amount |
|---|---|---:|
| Lamar Frady | 3/18/22 - 4/17/22 | $14,424.44 |
| Lamar Frady | 4/18/22 - 5/17/22 | $9,715.31 |
| Lamar Frady | 5/18/22 - 6/17/22 | $19,261.42 |
| Lamar Frady | 6/18/22 - 7/17/22 | $73,369.32 |
| Lamar Frady | 7/18/22 - 8/17/22 | $28,389.76 |
| Lamar Frady | 8/18/22 - 9/17/22 | $11,284.11 |
| Lamar Frady | 9/18/22 - 10/17/22 | $8,003.40 |
| Lamar Frady | 10/18/22 - 11/17/22 | $10,046.07 |
| Lamar Frady | 11/18/22 - 12/17/22 | $4,976.22 |
| Lamar Frady | 12/18/22 - 1/17/23 | $9,559.63 |
| Lamar Frady | 1/18/23 - 2/17/23 | $3,660.51 |
| Lamar Frady | 2/18/23 - 3/17/23 | $585.05 |
| | **TOTAL:** | **$193,275.24** |

| Insider's Name | Date | Transfer Amount |
|---|---|---:|
| Turjo Wadud | 3/18/22 - 4/17/22 | $20,531.22 |
| Turjo Wadud | 4/18/22 - 5/17/22 | $17,092.67 |
| Turjo Wadud | 5/18/22 - 6/17/22 | $33,538.16 |
| Turjo Wadud | 6/18/22 - 7/17/22 | $36,469.40 |
| Turjo Wadud | 7/18/22 - 8/17/22 | $37,375.61 |
| Turjo Wadud | 8/18/22 - 9/17/22 | $28,004.25 |
| Turjo Wadud | 9/18/22 - 10/17/22 | $25,397.60 |
| Turjo Wadud | 10/18/22 - 11/17/22 | $77,833.23 |
| Turjo Wadud | 11/18/22 - 12/17/22 | $17,705.45 |
| Turjo Wadud | 12/18/22 - 1/17/23 | $31,598.65 |
| Turjo Wadud | 1/18/23 - 2/17/23 | $18,030.55 |
| Turjo Wadud | 2/18/23 - 3/17/23 | $10,532.53 |
| | **TOTAL:** | **$354,109.32** |