## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JANET NORTHRUP, as Chapter 7 Trustee for the Estate of Mountain Express Company and affiliated debtors,<br><br>*Plaintiff*,<br><br>v.<br><br>TURJO WADUD, et al.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-01404-MLB |

**DEFENDANTS MEHBOOB ALI HUSAIN, ARASH INVESTMENTS, INC., AND BANO ENTERPRISES, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Northern District of Georgia Local Rules, Defendants Mehboob Ali Husain, Arash Investments, Inc., and Bano Enterprises, Inc. submit this certificate of interested persons and corporate disclosure statement:

1. The undersigned counsel of record certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

1

<u>Plaintiff</u>:

- Janet S. Northrup, as duly appointed Chapter 7 Trustee of Mountain Express Oil Company and its affiliated debtors (collectively, the "Debtors"). The Debtors' bankruptcy cases were filed on March 18, 2023 in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Case No. 23-90147, *et al*. (collectively, the "Bankruptcy Case").

<u>Defendants</u>:

- Turjo Wadud, Individually and as Trustee of the 317 Irrevocable Trust and the Bayt Irrevocable Trust
- Lamar Frady, Individually and as Trustee of the LKF Irrevocable Trust
- John Scott
- Walter Vic Lacy
- Mehboob Ali Husain
- Illuminous Consulting, LLC
- InDepth Services Company
- Time and Water, LLC
- 4Court Holdings, LLC
- 4Court Consulting, LLC
- 4Court Imaging, LLC
- 4Court Leasing, LLC
- 4Court Solutions, LLC
- LTE Capital, LLC
- LTE Assets, LLC
- Adelphi, LLC
- Adelphi Transport, LLC
- Adelphi Energy Group, LLC
- Adelphi Environmental Services
- Adelphi Field Services, LLC
- Golden Gallons, LLC
- Red Mountain Fuel Transport, LLC
- Arash Investments Inc.
- Bano Enterprises Inc.
- AR Brinkley 2102 Hwy 49, LLC
- Habiba Wadud

- Rita Frady
- Winston Property Ventures, LLC

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

> Defendants Mehboob Ali Husain, Arash Investments, Inc., and Bano Enterprises, Inc. incorporate by reference the list of creditors to the bankruptcy estate and claims register in the Bankruptcy Case.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

> <u>For Plaintiff</u>:
> Steven J. Rosenwasser
> John D. Elrod
> William E. Eye
> Greenberg Traurig, LLP
>
> <u>For Defendants Mehboob Ali Husain, Arash Investments, Inc., and Bano Enterprises, Inc.</u>:
> Michael A. Caplan
> Katie W. Gamsey
> Caplan Cobb LLC

4. Jurisdiction in this action is not based on diversity under 28 U.S.C. § 1332(a).

Respectfully submitted this 27th day of March, 2025.

/s/ Michael A. Caplan
Michael A. Caplan
Georgia Bar No. 601039
Katie W. Gamsey
Georgia Bar No. 817096
**CAPLAN COBB LLC**
75 Fourteenth Street NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
kgamsey@caplancobb.com

*Counsel for Defendants Mehboob Ali Husain, Arash Investments, Inc., and Bano Enterprises, Inc.*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this day, I caused a true and correct copy of the foregoing document to be filed with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record. This 27th day of March, 2025.

*/s/ Michael A. Caplan*
Michael A. Caplan
Georgia Bar No. 601039

*Counsel for Defendants Mehboob Ali Husain, Arash Investments, Inc., and Bano Enterprises, Inc.*
