# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **JANET NORTHRUP, as Chapter 7 Trustee for the Estate of Mountain Express Company and affiliated debtors** <br><br> *Plaintiff* <br><br> v. <br><br> **TURJO WADUD, et al.** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:25-cv-1404 |

## AFFIDAVIT OF SERVICE

I, Akomen Igori, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to John Scott in Fulton County, GA on March 21, 2025 at 12:41 pm at 830 Eden Green Court, Roswell, GA 30075 by personal service by handing the following documents to an individual identified as John Scott.

Summons
Complaint

White Male, est. age 45-54, glasses: Y, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=34.0793354882,-84.3620523315
Photograph: See Exhibit 1


Total Cost: $130.50

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

  Forsyth County                    ,

  GA       on   3/24/2025              .

/s/ *Akomen Igori*
_____
Signature
Akomen Igori
+1 (404) 578-1719



Exhibit 1a)



Exhibit 1b)



Exhibit 1c)