UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANET NORTHRUP, as Chapter 7 Trustee for the Estate of Mountain Express Company and affiliated debtors,<br><br>*Plaintiff*,<br><br>v.<br><br>TURJO WADUD, et al.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-01404-MLB |

**JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT JOHN SCOTT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant John Scott, jointly with Plaintiff Janet S. Northrup, as Chapter 7 Trustee of Mountain Express Oil Company and its affiliated debtors ("Plaintiff") (collectively, the "Moving Parties"), respectfully requests an extension of time, up to and including May 30, 2025, to respond to the Complaint. In support of this request, the Moving Parties state as follows:

1. Plaintiff filed the Complaint on March 17, 2025. The Summons and Complaint were served on Scott on March 21, 2025.

2. Pursuant to Fed. Rules Civ. Proc. 12(a)(1)(A)(i), Scott would have 21 Days, or until April 11, 2025, to answer or otherwise respond to the Complaint.

3. Under Fed. R. Civ. P. 6(b)(1)(A), the Court may, for good cause, extend the time by which a party must act within a specified time. Given the length and complexity of the Complaint, Scott requires additional time to investigate the allegations against him, potentially retain counsel, and to respond to the allegations in the Complaint.

4. Plaintiff does not oppose Scott's request to extend his deadline until May 30, 2025, to answer or otherwise respond to the Complaint. Accordingly, no party will be prejudiced by the requested extension.

5. The Moving Parties files this motion in good faith and not for purposes of delay.

Accordingly, the Moving Parties respectfully request that the Court enter an Order granting Scott an extension of time until May 30, 2025 to answer or otherwise respond to the Complaint. A proposed order is attached hereto for the Court's convenience.

This 4th day of April, 2025.

| | |
|---|---|
| /s/ Steven J. Rosenwasser<br>Steven J. Rosenwasser<br>Georgia Bar No. 614908<br>John D. Elrod<br>Georgia Bar No. 244604<br>William E. Eye<br>Georgia Bar No. 688914<br>GREENBERG TRAURIG, LLP<br>3333 Piedmont Road NE<br>Terminus 200, Suite 2500 | /s/John Scott*<br>John Scott<br>830 Eden Green Court<br>Roswell, Georgia 30075<br><br>*Defendant proceeding pro se*<br><br>*signed with express<br> permission by SJR* |

Atlanta, Georgia 30305
Telephone: (678) 553 2100
Fax: (678) 553 2212
Steven.rosenwasser@gtlaw.com
ElrodJ@gtlaw.com
Eyew@gtlaw.com

*Counsel for the Plaintiff Janet Northrup, as Chapter 7 Trustee*

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

I hereby certify, pursuant to LR 5.1(c), NDGa., the foregoing pleading is prepared in Times New Roman, 14-point font, and was filed using the CM/ECF system, which will automatically provide notice to all attorneys of record by electronic means.

This 4th day of April, 2025.

/s/ *Steven J. Rosenwasser*
Steven J. Rosenwasser
Georgia Bar No. 614908