# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANET NORTHRUP, as Chapter 7 Trustee for the Estate of Mountain Express Company and affiliated debtors, | * * * * * |
| Plaintiff, | * |
| | * CIVIL ACTION NO: |
| v. | * 1:25-cv-01404-MLB |
| | * |
| TURJO WADUD, et al., | * |
| | * |
| Defendants. | * |
| _____ | * |

## NOTICE OF APPEARANCE OF ROY E. MANOLL, III

Pursuant to Northern District of Georgia Local Rule 83.1(D), Roy E. Manoll, III of Fortson, Bentley and Griffin, P.A., hereby enters his appearance on behalf of Defendant Walter Vic Lacy.

Respectfully submitted this 7th day of April, 2025.

                              FORTSON, BENTLEY AND GRIFFIN, P.A.

                              By: */s/ Roy E. Manoll, III*
                                  Roy E. Manoll, III
                                  Georgia Bar No: 469710
                                  Attorney for Defendant

2500 Daniell's Bridge Road       Walter Vic Lacy
Building 200, Suite 3A            rem@fbglaw.com
Athen, Georgia 30606
(706) 548-1151

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

This 7th day of April, 2025.

                                        */s/ Roy E. Manoll, III*
                                          Roy E. Manoll, III
                                          Georgia Bar No:  469710
                                          Attorney for Defendant
                                          Walter Vic Lacy