IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANET NORTHRUP, as Chapter 7 Trustee for the Estate of Mountain Express Company and affiliated debtors, | * * * * * | |
| Plaintiff, | * * | CIVIL ACTION NO: 1:25-cv-01404-MLB |
| v. | * * | |
| TURJO WADUD, INDIVIDUALLY AND AS TRUSTEE OF THE 317 IRREVOCABLE TRUST AND THE BAYT IRREVOCABLE TRUST; LAMAR FRADY, INDIVIDUALLY AND AS TRUSTEE OF THE LKF IRREVOCABLE TRUST; JOHNSCOTT; WALTER VIC LACY; et al., | * * * * * * * * * * | |
| Defendants. | * * | |

**JOINT STIPULATION EXTENDING TIME FOR WALTER VIC LACY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW, Plaintiff and Defendant Walter Vic Lacy, by and through their undersigned counsel of record, and stipulate and agree that the time within which the Defendant Walter Vic Lacy shall have to answer, move or otherwise respond to Plaintiff's Complaint is extended up to and through May 30, 2025.

Respectfully submitted this 7th day of April, 2025.

                          **GREENBERG TRAURIG, LLP**

                          */s/ Steven J. Rosenwasser*
                          Steven J. Rosenwasser
                          Georgia Bar No. 614908
                          John D. Elrod
                          Georgia Bar No. 246604
                          William E. Eye
                          Georgia Bar No. 688914
                          Terminus 200
                          3333 Piedmont Road NE, Suite 2500
                          Atlanta, GA 30305
                          Telephone: (678) 553-2100
                          Facsimile: (678) 553-2269
                          Email:
                          Steven.Rosenwasser@gtlaw.com
                          ElrodJ@gtlaw.com
                          Eyew@gtlaw.com

                          *Counsel for the Plaintiff Janet Northrup, as Chapter 7 Trustee*

                          **FORTSON, BENTLEY AND GRIFFIN, P.A.**

                          */s/ Roy E. Manoll, III*
                          Roy E. Manoll, III
                          Georgia Bar No: 469710
                          Attorney for Defendant

2500 Daniell's Bridge Rd
Building 200, Suite 3A
Athens, Georgia 30606
(706) 548-1151
rem@fbglaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this date filed the Joint Stipulation Extending Time for Walter Vic Lacy to Answer or Otherwise Respond to Plaintiff's Complaint with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record.

This 7th day of April, 2025.

/s/ *Roy E. Manoll, III*
Roy E. Manoll, III
Attorney for Defendant
Walter Vic Lacy