UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANET NORTHRUP, as Chapter 7 Trustee for the Estate of Mountain Express Company and affiliated debtors,<br><br>Plaintiff,<br><br>v.<br><br>TURJO WADUD, et al.,<br><br>Defendants. | No. 1:25-cv-1404-MLB |

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3, the Appearing Defendants (identified below) submit their Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1) The undersigned counsel of record for the Appearing Defendants certifies that the following is a full and complete list of all parties in this action, including any known parent corporation and any known publicly held corporation that owns 10% or more of the stock of a party:

    (a) <u>Plaintiff:</u> Janet Northrup, as Chapter 7 Trustee for the Estate of Mountain Express Company and affiliated debtors.

    (b) <u>Appearing Defendants:</u> Turjo Wadud (individually, and as Trustee of the 317 Irrevocable Trust and Bayt Irrevocable Trust); Lamar Frady (individually, and as Trustee of the LKF

Irrevocable Trust); Illuminous Consulting, LLC; Indepth Services Company; Time and Water, LLC; 4Court Holdings, LLC; 4Court Consulting, LLC; 4Court Imaging, LLC; 4Court Leasing, LLC; 4Court Solutions, LLC; Adelphi, LLC; Adelphi Transport, LLC; Adelphi Energy Group, LLC; Adelphi Environmental Services; Adelphi Field Services, LLC; Golden Gallons, LLC; Red Mountain Fuel Transport, LLC; AR Brinkley 2102 Hwy 49, LLC; and Habiba Wadud, an individual; and Rita Frady, an individual

***No parent corporation or publicly held corporation owns 10 percent or more of stock of any of the Appearing Defendants.***

(c)  Other Defendants: John Scott, an individual; Walter Vic Lacy, an individual; Mehboob Ali Husain, an individual; LTE Capital, LLC; LTE Assets, LLC; Arash Investments Inc; Bano Enterprises Inc; and Winston Property Ventures, LLC

(2)  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: None.

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

(a)  Counsel for Plaintiff:

> Steven J. Rosenwasser
> John D. Elrod
> William E. Eye
> **GREENBERG TRAURIG, LLP**
> 3333 Piedmont Road NE
> Terminus 200, Suite 2500
> Atlanta, Georgia 30305
> (678) 553-2100

(b)   Counsel for Appearing Defendants:

>Thaddeus D. Wilson
>B. Warren Pope
>Kevin J. O'Brien
>Allexia Bowman Roberts
>Elizabeth Hope Garrison
>**KING & SPALDING LLP**
>1180 Peachtree Street NE, Suite 1600
>Atlanta, Georgia  30309-3521
>(404) 572-4600

(c)   Counsel for Defendants Mehboob Ali Husain, Arash Investments, Inc., and Bano Enterprises, Inc.:

>Michael A. Caplan
>Katie W. Gamsey
>**CAPLAN COBB LLC**
>75 Fourteenth Street, NE, Suite 2700
>Atlanta, Georgia 30309
>(404) 596-5600

(d)   Counsel for Other Defendants:  Unknown

Respectfully submitted, this 7th day of April, 2025.

/s/ *Thaddeus D. Wilson*
Thaddeus D. Wilson (Ga. Bar No. 596008)
B. Warren Pope (Ga. Bar No. 583723)
Kevin J. O'Brien (Ga. Bar No. 714849)
Allexia Bowman Roberts (Ga. Bar No. 554115)
Elizabeth Hope Garrison (Ga. Bar No. 246487)
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, Georgia  30309-3521
(404) 572-4600
thadwilson@kslaw.com
wpope@kslaw.com
kobrien@kslaw.com
aroberts@kslaw.com
hgarrison@kslaw.com
*Counsel for the Appearing Defendants*