IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANET NORTHRUP, as Chapter 7 Trustee for the Estate of Mountain Express Company and affiliated debtors, | * * * * * | |
| Plaintiff, | * * | CIVIL ACTION NO: 1:25-cv-01404-MLB |
| v. | * * | |
| TURJO WADUD, et al., | * * | |
| Defendants. _____ | * * | |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT WALTER VIC LACY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6, Plaintiff Janet Northrup, as Chapter 7 Trustee for the Estate of Mountain Express Oil Company and affiliated debtors (the "Trustee") and Defendant Walter Vic Lacy hereby jointly move for an extension of the time for Defendant Lacy to answer, move, object, or otherwise respond to Plaintiff's Complaint, without waiver of any defense, for thirty days, up through and including June 30, 2025. The grounds for this Motion are as follows:

On April 7, 2025, the Trustee and Defendant Lacy filed a Joint Stipulation Extending Time for Walter Vic Lacy to Answer or Otherwise Respond to Plaintiff's

1

Complaint to May 30, 2025 [Doc. 41]. Thereafter, on May 13, 2025, the Trustee filed its Rule 21 Motion to Drop Defendants John Scott and Walter Vic Lacy [Doc. 58]. The Trustee's Rule 21 Motion is pending. Counsel for both parties consent to an additional extension of the time to answer while the Court considers the Trustee's Rule 21 Motion.

WHEREORE, the Trustee and Defendant Lacy consent that the Defendant's deadline to respond to Plaintiff's Complaint be extended to June 30, 2025. A proposed order for the Court's consideration will be filed contemporaneously with this motion.

This 27th day of May, 2025.

                Respectfully submitted

                **FORTSON, BENTLEY AND GRIFFIN, P.A.**

                By: */s/ Alex McDonald*
                    Roy E. Manoll, III
                    Georgia Bar No: 469710
                    Alex McDonald
                    Georgia Bar. No. 261161
                    Attorney for Defendant
                    Walter Vic Lacy
                    rem@fbglaw.com
                    am@fbglaw.com

2500 Daniell's Bridge Road
Building 200, Suite 3A
Athen, Georgia 30606
(706) 548-1151

**GREENBERG TRAURIG, LLP**

*/s/ Steven J. Rosenwasser*
Steven J. Rosenwasser
Georgia Bar No. 614908
John D. Elrod
Georgia Bar No. 246604
William E. Eye
Georgia Bar No. 688914
*Counsel for the Plaintiff Janet Northrup, as Chapter 7 Trustee*

Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2269
Email:
Steven.Rosenwasser@gtlaw.com
ElrodJ@gtlaw.com
Eyew@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

This 27th day of May, 2025.

                                             */s/ Alex McDonald*
                                             Roy E. Manoll, III
                                             Georgia Bar No: 469710
                                             Alex McDonald
                                             Georgia Bar. No. 261161
                                             Attorney for Defendant Walter Vic Lacy