IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANET NORTHRUP, as Chapter 7 Trustee for the Estate of Mountain Express Company and affiliated debtors,<br><br>*Plaintiff*,<br><br>v.<br><br>TURJO WADUD, et al.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-01404-MLB |

**DEFENDANTS MEHBOOB ALI HUSAIN, ARASH INVESTMENTS, INC., AND BANO ENTERPRISES, INC.'S MOTION TO DISMISS**

Defendants Mehboob Ali Husain, Arash Investments, Inc., and Bano Enterprises, Inc. respectfully move the Court to dismiss the Trustee's claims against them. In support of this Motion, Defendants rely on their accompanying memorandum of law.

[signature on following page]

1

Respectfully submitted this 30th day of May, 2025.

/s/ Michael A. Caplan
Michael A. Caplan
Georgia Bar No. 601039
Katie W. Gamsey
Georgia Bar No. 817096
CAPLAN COBB LLC
75 Fourteenth Street NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
kgamsey@caplancobb.com

*Counsel for Defendants Mehboob Ali Husain, Arash Investments, Inc., and Bano Enterprises, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

This 30th day of May, 2025.

*/s/ Michael A. Caplan*
Michael A. Caplan
Georgia Bar No. 601039

*Counsel for Defendants Mehboob Ali Husain, Arash Investments, Inc., and Bano Enterprises, Inc.*