# Exhibit A

| Challenged Transfers | LBO Bonus | Improper Shareholder Payment | Husain Fee Transfers | Husain Redemption Transfers |
|---|---|---|---|---|
| **Count 8: Breach of Fiduciary Duty** | Time barred | N/A | Time barred except for 9/25/19 transfer<br><br>Fail to state a claim | N/A |
| **Count 9: Avoidable Fraudulent Transfers (11 USC § 544 and OCGA § 18-2-75(a))** | Time barred | No factual allegations of insolvency<br><br>Fail to allege reasonably equivalent value | Time barred except for 9/25/19 transfer<br><br>No factual allegations of insolvency<br><br>Fail to allege reasonably equivalent value | No factual allegations of insolvency<br><br>Fail to allege reasonably equivalent value and contradicted by Stock Redemption Agreement |
| **Count 10: Avoidable Transfers and Obligations (11 U.S.C. § 544(b) and O.C.G.A. § 18-2-74(a)(1))** | Time barred | Fail to allege badges of fraud | Time barred except for 9/25/19 transfer<br><br>Fail to allege badges of fraud | Fail to allege badges of fraud |

| Count 11: Voidable Transfers and Obligations (11 U.S.C. § 544(b) and O.C.G.A. § 18-2-74(a)(2)) | Time barred | No factual allegations of insolvency<br><br>Fail to allege reasonably equivalent value | Time barred except for 9/25/19 transfer<br><br>No factual allegations of insolvency<br><br>Fail to allege reasonably equivalent value | No factual allegations of insolvency<br><br>Fail to allege reasonably equivalent value |
|---|---|---|---|---|