IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANET NORTHRUP, as Chapter 7 Trustee for the Estate of Mountain Express Company and affiliated debtors,<br><br>Plaintiff,<br><br>v.<br><br>TURJO WADUD, *et al.*,<br><br>Defendants. | Civil Action No. 1-25-cv-01404-AT |

**DEFENDANTS LTE CAPITAL, LLC'S AND LTE ASSETS, LLC'S
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendants LTE Capital, LLC ("LTE Capital") and LTE Assets, LLC ("LTE Assets" and with LTE Capital, "Movants"), by and through their undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Counts Three (Conversion), Four (Money Had and Received), Seven (Unjust Enrichment), Nine (Constructive Fraudulent Transfer under O.C.G.A. § 18-2-75(a)), Ten (Actual Fraudulent Transfer under 11 U.S.C. § 548(a)(1)(A)), Eleven (Constructive Fraudulent Transfer under O.C.G.A. § 18-2-74(a)(2), Twelve (Preferential Transfer under O.C.G.A. § 18-2-75(b)), Thirteen (Preferential Transfer under 11 U.S.C. § 547), Fourteen (Constructive Fraudulent

Transfer under 11 U.S.C. § 548), Fifteen (Actual Fraudulent Transfer under O.C.G.A. § 18-2-74(a)(1)), Sixteen (Recovery of Transfers under 11 U.S.C. § 550), and Twenty (Preservation of Transfers under 11 U.S.C. § 551) of the Complaint filed by Janet Northrup, Chapter 7 Trustee for the Estate of Mountain Express Company, as asserted against them. Movants have contemporaneously filed a Memorandum of Law in support of the Motion.

Further, to the extent any other defendants file separate motions to dismiss that address one or more of the counts listed above and make arguments that would apply to the claims against Movants, Movants join in such arguments and motions and ask that the Court dismiss the claims against Movants for the reasons articulated in those motions.

For the reasons set forth in the Memorandum of Law, Movants respectfully request that this Court enter an Order:

    A. Granting this Motion to Dismiss;

    B. Dismissing Counts Three, Four, Seven, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen, Fifteen, Sixteen, and Twenty as asserted against LTE Capital, LLC and LTE Assets, LLC with prejudice; and

    C. Granting such other and further relief as the Court deems just and proper.

Date: May 30, 2025

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

*/s/ Kathleen G. Furr*
Kathleen G. Furr (GA Bar No. 589008)
3414 Peachtree Road, Suite 1500
Atlanta, Georgia 30326
Telephone: 404.221.6533
kfurr@bakerdonelson.com

-AND-

**ICE MILLER LLP**

John C. Cannizzaro (OH Bar No. 0085161)
250 West Street, Suite 700
Columbus, OH 43215
(614) 462-1070
John.Cannizzaro@icemiller.com
(admitted pro hac vice)

Michael Collins (MD Bar No. 1712130107)
100 Light Street, Suite 1350
Baltimore, MD 21202
Telephone: (404) 951-5872
Michael.collins@icemiller.com
(admitted pro hac vice)

*Counsel for Defendants LTE Capital, LLC and LTE Assets, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANET NORTHRUP, as Chapter 7 Trustee for the Estate of Mountain Express Company and affiliated debtors,<br><br>   Plaintiff,<br><br>v.<br><br>TURJO WADUD, *et al.*,<br><br>   Defendants. | Civil Action No. 1-25-cv-01404-AT |

## CERTIFICATE OF SERVICE AND TYPESIZE COMPLIANCE

Pursuant to Local Rule 7.1(D), undersigned counsel certifies that the foregoing was prepared using Book Antiqua, 13pt. font, a font size and point selection approved by Local Rule 5.1(C). Undersigned counsel further certifies that on May 30, 2025, a copy of the foregoing was filed electronically with the Court's CM/ECF system and thereby served electronically upon all ECF-registered counsel of record.

Date: May 30, 2025      Respectfully submitted,

              **BAKER, DONELSON, BEARMAN,**
              **CALDWELL & BERKOWITZ, PC**

              */s/ Kathleen G. Furr*
              Kathleen G. Furr (GA Bar No. 589008)
              3414 Peachtree Road, Suite 1500

Atlanta, Georgia 30326
Telephone: 404.221.6533
kfurr@bakerdonelson.com

*Counsel for Defendants LTE Capital, LLC and LTE Assets, LLC*