IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANET NORTHRUP, as Chapter 7 Trustee for the Estate of Mountain Express Company and affiliated debtors,<br><br>Plaintiff,<br><br>v.<br><br>TURJO WADUD et al.,<br><br>Defendants. | No. 1:25-cv-1404-MLB |

**WADUD-FRADY DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), the Wadud-Frady Defendants[1] move to dismiss, with prejudice, all claims asserted against them in the Plaintiff's Complaint (Dkt. 1). In support of this motion, the Wadud-Frady Defendants submit the accompanying memorandum of law and the exhibit thereto.

The Wadud-Frady Defendants also join in full and incorporate herein each of

---

[1] The "Wadud-Frady Defendants" are: Turjo Wadud, individually and as Trustee of the 317 Irrevocable Trust and the Bayt Irrevocable Trust; Habiba Wadud; Lamar Frady, individually and as Trustee of the LKF Irrevocable Trust; Rita Frady; Illuminous Consulting, LLC; InDepth Services Company; Time and Water, LLC; 4Court Holdings, LLC; 4Court Consulting, LLC; 4Court Imaging, LLC; 4Court Leasing, LLC; 4Court Solutions, LLC; Adelphi, LLC; Adelphi Transport, LLC; Adelphi Energy Group, LLC; Adelphi Environmental Services; Adelphi Field Services, LLC; Golden Gallons, LLC; Red Mountain Fuel Transport, LLC; and AR Brinkley 2102 Hwy 49, LLC.

the arguments set forth in connection with the contemporaneous motions to dismiss filed by Defendants Mehboob Ali Husain, Arash Investments, Inc., Bano Enterprises, Inc., LTE Capital, LLC, and LTE Assets, LLC.

Respectfully submitted this 30th day of May 2025.

/s/ Thaddeus D. Wilson
Thaddeus D. Wilson (Ga. Bar No. 596008)
B. Warren Pope (Ga. Bar No. 583723)
Kevin J. O'Brien (Ga. Bar No. 714849)
Allexia Bowman Roberts (Ga. Bar No. 554115)
E. Hope Garrison (Ga. Bar No. 246487)
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, Georgia 30309-3521
Phone: (404) 572-4600
thadwilson@kslaw.com
wpope@kslaw.com
kobrien@kslaw.com
aroberts@kslaw.com
hgarrison@kslaw.com

*Counsel for the Wadud-Frady Defendants*

## CERTIFICATE OF SERVICE

I, Thaddeus D. Wilson, attorney for the Wadud-Frady Defendants herein, certify that on May 30, 2025, a copy of the foregoing **WADUD-FRADY DEFENDANTS' MOTION TO DISMISS** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing systems to all counsel of record.

                                                      */s/ Thaddeus D. Wilson*
                                                      Thaddeus D. Wilson